OFFICES OF

PAVONE &  FONNER, LLP

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PAVONE,<br><br>         PLAINTIFF,<br>v.<br><br>STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL COUNSEL ENFORCEMENT;<br><br>         DEFENDANT. | CASE NO.: 2-20-cv-07193 FMO (PDx)<br><br>**DECLARATION OF BENJAMIN PAVONE IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date:   To be Set<br>Time:  To be Set<br>Dept:   350 W. 1st Street, Court 6D<br>Judge: Hon. Fernando M. Olguin |

I, Benjamin Pavone, am an attorney licensed to practice in all state and federal courts in California. If called to testify, I could and would testify competently to the following:

1.  I apologize to the Court for not acting on this matter in a more timely fashion. I had hoped to champion the Bar on behalf of lawyers that get caught up in state-side ethics proceedings with further effort to protect their constitutional rights, but as it turns out, I don't have the extra capacity to both litigate the pending State Bar case and stay on top of a federal case.

2.  I did prepare an extensive draft of a First Amended Complaint to work around the defects in the initial pleading, including *Younger*, but even if that initial effort were completed, I would still have to battle through federal proceedings and procedure for years to come in order to make any impact, all the while already at capacity.

3.  Accordingly, I stipulate to have this case dismissed without prejudice for lack of service.

I hereby declare under penalty of perjury under the laws of the State of California that to the best of my knowledge, information and belief, the foregoing is true and correct.

Date: November 5, 2020               \s\Benjamin Pavone, Esq.

OFFICES OF

**PAVONE &**  **FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN PAVONE**<br><br>    PLAINTIFF,<br><br>v.<br><br>**STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL COUNSEL ENFORCEMENT;**<br><br>    DEFENDANT. | **CASE NO.: 2-20-cv-07193 FMO (PDx)**<br><br>**PROOF OF SERVICE** |

I am over the age of eighteen years and a party to the within entitled action. My business address is 600 W. Broadway, Ste. 700, San Diego, California 92101.

On November 5, 2020, I served the following via the Court's ECF system (or by direct email):

- Pavone Declaration re OSC

Marc A. Shapp, Esq.
Assistant General Counsel
Office of General Counsel
The State Bar of California
180 Howard Street
San Francisco, CA 94105-1639                             marc.shapp@calbar.ca.gov

Ms. Kristin L. Ritsema, Esq.
Senior Trial Counsel
Office of Chief Trial Counsel
The State Bar of California
845 S. Figueroa St.
Los Angeles, CA 90017                                    kristin.ritsema@calbar.ca.gov

I declare under the laws of the State of California in the County of San Diego under penalty of perjury that the foregoing is true and correct.

Date: November 5, 2020