JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN PAVONE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE BAR OF CALIFORNIA, OFFICE OF CHIEF TRIAL COUNSEL ENFORCEMENT,<br><br>    Defendant. | Case No. CV 20-7193 FMO (PDx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Pursuant to plaintiff Benjamin Pavone's Declaration in Response to Order to Show Cause, (Dkt. 13), IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice.

Dated this 12th day of November, 2020.

                                                 /s/
                                    Fernando M. Olguin
                                 United States District Judge